

SEALED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

TARICK JEAN CHARLES
JESUS RAFAEL ROJAS

CASE NO. 6:22-cr-193-RBD-DCI

18 U.S.C. § 371
18 U.S.C. § 1704
18 U.S.C. § 2114(a)
18 U.S.C. § 2114(b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy)

**A. Introduction**

At times material to this Indictment:

1. United States Postal Service "arrow" keys were proprietary, serialized keys that granted access to various types of mail collection boxes and other authorized mail depositories in a given geographic area.

2. No person outside of employees or representatives of the United States Postal Service was authorized to possess an "arrow" key.

## B. <u>The Conspiracy</u>

3.  Beginning on an unknown date, but not later than in or about January 2022, and continuing through in or about March 2022, in the Middle District of Florida, and elsewhere, the defendants,

**TARICK JEAN CHARLES**
and
**JESUS RAFEAL ROJAS**,

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, specifically:

(a) to intentionally take from a United States Postal Service mail carrier, by means of force, violence, and intimidation, property of the United States, that is, a United States Postal Service "arrow" key, in violation of 18 U.S.C. § 2114(a);

(b) to receive, possess, conceal, and dispose of money and property that the conspirators knew was obtained as a result of the robbery of the United States Postal Service mail carrier, in violation of 18 U.S.C. § 2114(b);

(c) to steal a United States Postal Service "arrow" key, in violation of 18 U.S.C. § 1704; and

(d) to steal mail matter that was in an authorized depository for mail matter, in violation of 18 U.S.C. § 1708.

### C. <u>Manner and Means of the Conspiracy</u>

4. The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

   a. It was part of the conspiracy that the defendants, **TARICK JEAN CHARLES, JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did plan to rob a United States Postal Service mail carrier to obtain a United States Postal Service "arrow" key.

   b. It was further part of the conspiracy that the defendants, **TARICK JEAN CHARLES, JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did recruit and attempt to recruit individuals to participate in the robbery of a United States Postal Service mail carrier.

   c. It was further part of the conspiracy that the defendant, **JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did rob a United States Postal Service mail carrier by means of force, violence, and intimidation.

   d. It was further part of the conspiracy that the defendant, **JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did steal a United States Postal Service "arrow" key during the robbery of the United States Postal Service mail carrier.

3

e. It was further part of the conspiracy that the defendant **JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did use a dangerous weapon, that is a firearm, while committing the robbery.

f. It was further part of the conspiracy that the defendant, **JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did wound and jeopardize the life of the United States Postal Service mail carrier while committing the robbery.

g. It was further part of the conspiracy that the defendant, **TARICK JEAN CHARLES**, and others known and unknown to the Grand Jury, would and did possess and use the stolen United States Postal Service "arrow" key to open and unlawfully access United States Postal Service mail receptacles and authorized depositories for mail matter.

h. It was further part of the conspiracy that the defendant, **TARICK JEAN CHARLES**, and others known and unknown to the Grand Jury, would and did steal mail matter, including checks, from United States Postal Service mail receptacles and authorized depositories for mail matter.

i. It was further part of the conspiracy that individuals known and unknown to the Grand Jury would and did wrongfully alter and

deposit stolen checks into bank accounts for their own benefit and the benefit of others.

  j. It was further part of the conspiracy that the defendants, **TARICK JEAN CHARLES, JESUS RAFAEL ROJAS**, and others known and unknown to the Grand Jury, would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

### D. Overt Acts

  5. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida:

  a. On or about January 11, 2022, **TARICK JEAN CHARLES** recruited an individual to participate in the robbery of a United States Postal Service mail carrier.

  b. On or about March 3, 2022, **JESUS RAFAEL ROJAS** attempted to recruit an individual to participate in the robbery of a United States Postal Service mail carrier.

  c. On or about March 7, 2022, **JESUS RAFAEL ROJAS** and a co-conspirator ("Co-Conspirator 1") assaulted and robbed a United States Postal Service mail carrier at an apartment complex located at XXXX

Walden Circle, Orlando, Florida.

   d. On or about March 7, 2022, **JESUS RAFAEL ROJAS** and Co-Conspirator 1 stole a United States Postal Service "arrow" key during the assault and robbery of a United States Postal Service mail carrier at an apartment complex located at XXXX Walden Circle, Orlando, Florida.

   e. On or about March 25, 2022, individuals known and unknown to the Grand Jury stole mail from United States Postal Service mail receptacles and authorized depositories for mail matter at a condominium located at XXXX Cypress Woods Drive, Orlando, Florida.

  All in violation of 18 U.S.C. § 371.

## COUNT TWO
### (Armed Postal Robbery)

On or about March 7, 2022, in the Middle District of Florida, the defendant,

**JESUS RAFAEL ROJAS**,

while aiding and abetting others known and unknown to the Grand Jury, did assault a United States Postal Service mail carrier, a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal, and purloin said mail matter, money, and other property of the United States, and in doing so, wounded the United States Postal Service mail carrier and put the life of the

6

United States Postal Service mail carrier in jeopardy by the use of a dangerous weapon, that is a firearm.

In violation of 18 U.S.C. §§ 2114(a) and 2.

## COUNT THREE
### (Theft of Postal Key)

On or about March 7, 2022, in the Middle District of Florida, and elsewhere, the defendant,

### JESUS RAFAEL ROJAS,

while aiding and abetting others known and unknown to the Grand Jury, did steal and purloin from a United States Postal Service mail carrier, a key suited to locks adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter.

In violation of 18 U.S.C. §§ 1704 and 2.

## COUNT FOUR
### (Receipt and Possession of Stolen Key)

On or after March 7, 2022, but not later than September 21, 2022, in the Middle District of Florida, and elsewhere, the defendant,

### TARICK JEAN CHARLES,

while aiding and abetting others known and unknown to the Grand Jury, did receive, possess, conceal, and dispose of property that had been obtained in violation of 18 U.S.C. § 2114(a), that is, a United States Postal Service

7

"arrow" key stolen during the robbery of a United States Postal Service mail carrier.

In violation of 18 U.S.C. §§ 2114(b) and 2.

## **FORFEITURE**

1. The allegations contained in Counts One, Two, and Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924, 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a conspiracy of the violation of 18 U.S.C. § 2114, in violation of 18 U.S.C. § 371, and/or upon the conviction of a violation of 18 U.S.C. § 2114, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of a conspiracy of the violation of 18 U.S.C. § 1708, in violation of 18 U.S.C. § 371, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations.

4. If any of the property described above, as a result of any acts or

omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

### TARICK JEAN CHARLES
### JESUS RAFAEL ROJAS

## INDICTMENT

Violation:

18 U.S.C. § 371
18 U.S.C. § 1704
18 U.S.C. § 2114(a)
18 U.S.C. § 2114(b)

A true bill

_____
Foreperson

Filed in open court this 16th day of November, 2022.

_____
Clerk

Bail   $_____

GPO 863 525