# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO: 6:22-cr-193-RBD-DCI

JESUS RAFAEL ROJAS

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 86) entered by the Honorable Daniel C. Irick, United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. 87 and 88). The Court hereby accepts the Defendant's plea of guilty to Counts One and Two of the Indictment, and the Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, May 22, 2023, at 1:30 PM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida on March 3, 2023.



ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record